1

2

3

4

5                       **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7  GEORGE A. TOLIVER,                        )
                                             )
8              Plaintiff,                     )
                                             )
9          v.                                 )          2:17-cv-00679-JCM-VCF
                                             )
10  TIMOTHY CARLMAN et al.,                   )          **ORDER**
                                             )
11             Defendants.                    )
                                             )
12  _____ )

13  **I.      DISCUSSION**

14          On March 9, 2017, this Court issued an order denying Plaintiff's application to proceed

15  *in forma pauperis*, without prejudice, because Plaintiff's application had been incomplete.

16  (ECF No. 3 at 1).   Specifically, Plaintiff had not submitted a properly executed financial

17  certificate. (*Id.*) In that order, the Court noted that Plaintiff was an experienced litigator in this

18  Court and knew how to file a fully complete application to proceed *in forma pauperis*. (*Id.*)

19  The Court stated that, if Plaintiff's next application to proceed *in forma pauperis* was

20  incomplete, the Court would dismiss the case, without prejudice, for Plaintiff to file a new case

21  when he was able to acquire the necessary documents to file a complete application to

22  proceed *in forma pauperis*. (*Id.* at 1-2).

23          On March 20, 2017, Plaintiff filed a new application to proceed *in forma pauperis*. (ECF

24  No. 4). This application is also incomplete.  Although Plaintiff did submit a financial certificate

25  with his new application, he did not submit a financial certificate on this Court's approved form.

26  (*See* ECF No. 4 at 4).  In light of Plaintiff's attempt to comply with this Court's prior order, the

27  Court will grant Plaintiff one final opportunity to file a fully complete application to proceed *in*

28  *forma pauperis*.

          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

1  application to proceed *in forma pauperis* and attach both an inmate account statement for the

2  past six months and a properly executed financial certificate.  Plaintiff has not submitted a

3  properly executed financial certificate on this Court's approved form.[1]  (*See* ECF No. 4 at 4).

4  As such, the *in forma pauperis* application is denied without prejudice.  The Court will retain

5  Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment

6  of the filing fee is resolved.  Plaintiff will be granted one final opportunity to cure the

7  deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full

8  filing fee for this action.  If Plaintiff chooses to file a new application to proceed *in forma*

9  *pauperis* he must file a fully complete application to proceed *in forma pauperis*.  If Plaintiff files

10  another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case

11  in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the

12  necessary documents to file a complete application to proceed *in forma pauperis*.

13  **II.     CONCLUSION**

14         For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in*

15  *forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new application.

16         IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the

17  approved form application to proceed *in forma pauperis* by a prisoner, as well as the document

18  entitled information and instructions for filing an *in forma pauperis* application.

19         IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,

20  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the

21  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or

22  (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50

23  administrative fee).

24         IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma*

25  *pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a

26  new case when he is able to acquire the necessary documents to file a complete application

27

28         [1]  This Court's approved financial certificate is on page 4 of this Court's application to proceed *in forma pauperis*.

2

1  to proceed *in forma pauperis*.

2     IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

3  dismissal of this action may result.

4     IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF

5  No. 1-1), but shall not file it at this time.

6

7     DATED: This _____23rd_____ day of March, 2017.

8     _____

9                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3