1  ADAM PAUL LAXALT
     Attorney General
2  IZAAC ROWE (Bar No. 13947)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  Phone: (702) 486-3210
   Fax: (702) 486-3773
6  E-mail: irowe@ag.nv.gov

7  Attorneys for Defendants
   Timothy Carlman and Marilyn Villatoro

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| George A. Toliver, | Case No. 2:17-cv-00679-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Correctional Officer Ramos, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, GEORGE A. TOLIVER and Defendants TIMOTHY CARLMAN, and MARILYN VILLATORO, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, that the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

| Dated 11th day of June, 2018. | Dated 13th day of June, 2018. |
|---|---|
| By: *George Toliver*<br>GEORGE A. TOLIVER<br>*Plaintiff, Pro Se* | By: *[signature]*<br>Izaac Rowe, Esq. (Bar No. 13947)<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED June 15, 2018.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE